# United States Bankruptcy Court
## Middle District of Pennsylvania

In re ROBERT FRANK ALLMAN  
Debtor(s)

Case No. **5:18-bk-01682**  
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on **May 22, 2018**, a copy of **Notice of Chapter 13 Bankruptcy Case** was served electronically and/or by regular United States mail to the party listed below.

Pocono Mountain Regional EMS  
c/o Coolbaugh Twsp. Emergency Service Station  
135 Tegawitha Road  
Tobyhanna, PA 18466

/s/ Timothy B. Fisher II

Timothy B. Fisher II 85800  
Timothy B. Fisher II  
Fisher & Fisher Law Offices  
P. O. Box 396  
Gouldsboro, PA 18424  
570-842-2753 Fax:570-842-8979