# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **
Timothy B. Fisher, II, Esquire*

\* Member of PA & Federal Bars
\*\* Member of NY Bar
° Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* °
Michelle F. Farley, Esquire*
Michael A. Ventrella, Esquire*

May 22, 2018

To the Clerk of the U.S. Bankruptcy Court

RE:  *Robert Frank Allman*
  *Chapter 13*
  *Case No. 5:18-bk-01682 RNO*

Dear Sir:

Please note the following change of address for County Waste.

Prior Address:  3040 Memorial Blvd.
  Tobyhanna, PA 18466

New Address:  c/o Coolbaugh Twsp. Emergency Services Station
  135 Tegawitha Road
  Tobyhanna, PA 18466

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: *Timothy Fisher*
  Timothy B. Fisher, II

TBFII/eji

Please Reply To:

☐ Mount Pocono
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7675 fax

☐ Gouldsboro
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8979 fax

☐ Cresco
1070 PA Rte 390, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8772 fax

☐ Stroudsburg
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax

www.pocono-lawyers.com

Case 5:18-bk-01682-RNO   Doc 15   Filed 05/22/18   Entered 05/22/18 08:23:54   Desc
Main Document   Page 1 of 1