IN THE UNITD STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Robert F. Allman

: CHAPTER 13
:
: CASE NO: 5:18-BK-01682 RNO

## CERTIFICATION OF DEBTOR THAT HE IS NOT REQUIRED TO FILE FEDERAL INCOME TAX RETURN FOR THE YEARS 2016-2018

I. Robert F. Allman, Debtor herein under penalty of perjury hereby certify and attest that I did not receive annual earned income in the amounts sufficient to require that I file Federal Income Tax Returns, have not filed. nor have been required to file tax returns for the years 2016 through 2018.

Date: 5-22-18

Robert F. Allman, Debtor