```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-01682-RNO
Robert Frank Allman                                                     Chapter 13
          Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini               Page 1 of 2              Date Rcvd: Sep 19, 2018
                              Form ID: ordsmiss            Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db             #+Robert Frank Allman,    310 cedar Drive,    Long Pond, PA 18334-7722
5051902          Apex Asset Management,   2501 Oregon Pike Ste 102,    Lancaster, PA 17601-4890
5051903         +Blue Ridge Cable,    PO Box 316,   Palmerton, PA 18071-0316
5051904         +Capital One Auto Finance,   PO BOX 259407,    Plano, TX 75025-9407
5051908         +FST Financial Resources,   One Clarks Hill,   Ste 302,   Framingham, MA 01702-8172
5051909         +Intermountain Medical Group,    610 Wyoming Avenue,    Kingston, PA 18704-3787
5051915         +PA Child Support Enforcement,    P.O. Box 777,   7th and Monroe St,   Stroudsburg, PA 18360-0777
5058455          POCONO MEDICAL CENTER EMERGENCY PHYS,    WAKEFIELD AND ASSOCIATES,   PO BOX 50250,
                   KNOXVILLE,TN 37950-0250
5051918         +PPL Electric Utilities,   2 North 9th Street,    Allentown, PA 18101-1179
5074369         +PPL Electric Utilities,   827 Hausman Road,    Allentown, PA 18104-9392
5075860          Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
                   Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
                   Greenville, SC 29603-0587
5051917          Pocono Mt. Regional EMS,   3040 Memorial Blvd.,   Tobyhanna, PA 18466
5051919         +Progressive Physician Associates,    PO Box 678398,   Dallas, TX 75267-8398
5051922         +St. Luke s Univ Health Network,   P.O. Box 5489,   Bethlehem, PA 18015-0489

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +EDI: AISACG.COM Sep 19 2018 22:53:00     Capital One Auto Finance, a division of Capital On,
                   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
5051901         +E-mail/Text: banko@acsnv.com Sep 19 2018 19:15:17     Allied Collection Svcs,
                   3080 S Durango Dr. #208,   Las Vegas, NV 89117-9194
5059874         +EDI: AISACG.COM Sep 19 2018 22:53:00     Capital One Auto Finance, a division of Capital On,
                   P.O. Box 4360,   Houston, TX 77210-4360
5054773         +EDI: AISACG.COM Sep 19 2018 22:53:00     Capital One Auto Finance, a division of Capital On,
                   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
5065022          EDI: BL-BECKET.COM Sep 19 2018 22:53:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                   PO Box 3001,   Malvern PA 19355-0701
5067413          EDI: CRFRSTNA.COM Sep 19 2018 22:53:00     Credit First NA,   PO Box 818011,
                   Cleveland, OH 44181-8011
5051905          EDI: CRFRSTNA.COM Sep 19 2018 22:53:00     Credit First National Assoc.,   P.O. Box 81315,
                   Cleveland, OH 44181-0315
5051906         +E-mail/Text: abovay@creditmanagementcompany.com Sep 19 2018 19:15:15     Credit Mgt Co.,
                   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
5051907         +EDI: AMINFOFP.COM Sep 19 2018 22:53:00     First Premier,   3820 North Louise Avenue,
                   Sioux Falls, SD 57107-0145
5051910         +EDI: CBSKOHLS.COM Sep 19 2018 22:53:00     Kohls Department Store,   P.O. Box 3115,
                   Milwaukee, WI 53201-3115
5075832          EDI: RESURGENT.COM Sep 19 2018 22:53:00     LVNV Funding, LLC its successors and assigns as,
                   assignee of North Star Capital,   Acquisition LLC,   Resurgent Capital Services,
                   PO Box 10587,   Greenville, SC 29603-0587
5075855          EDI: MERRICKBANK.COM Sep 19 2018 22:53:00     MERRICK BANK,   Resurgent Capital Services,
                   PO Box 10368,   Greenville, SC 29603-0368
5051911         +EDI: MERRICKBANK.COM Sep 19 2018 22:53:00     Merrick Bank,   PO Box 9201,
                   Old Bethpage, NY 11804-9001
5051912         +EDI: MID8.COM Sep 19 2018 22:53:00     Midland Funding,   8875 Aero Dr., Ste 200,
                   San Diego, CA 92123-2255
5051913         +EDI: MID8.COM Sep 19 2018 22:53:00     Midland Funding,   2365 Northside Dr #300,
                   San Diego, CA 92108-2709
5074370         +EDI: MID8.COM Sep 19 2018 22:53:00     Midland Funding, LLC,   Midland Credit Management, Inc,
                   as agent for Midland Funding, LLC,   PO Box 2011,   Warren, MI 48090-2011
5051914         +E-mail/Text: Bankruptcies@nragroup.com Sep 19 2018 19:15:31     National Recovery Agency,
                   2491 Paxton Street,   Harrisburg, PA 17111-1036
5051916         +E-mail/Text: bankruptcy@loanpacific.com Sep 19 2018 19:15:28     Pacific Union Financial, LLC,
                   1603 LBJ Hwy., Ste 500,   Dallas, TX 75234-6071
5074593         +E-mail/Text: bankruptcy@loanpacific.com Sep 19 2018 19:15:28     Pacific Union Financial, LLC,
                   1603 LBJ Freeway Suite 500,   Farmers Branch, TX 75234-6071
5078234         +EDI: JEFFERSONCAP.COM Sep 19 2018 22:53:00     Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
5051920          E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 19 2018 19:15:35
                   Receivables Mgt Partners,   P.O. Box 349,   Greensburg, IN 47240-0349
5051921          EDI: NEXTEL.COM Sep 19 2018 22:53:00     Sprint,   PO Box 4191,   Carol Stream, IL 60197-4191
5070731          EDI: NEXTEL.COM Sep 19 2018 22:53:00     Sprint Corp,   Attention Bankruptcy,   PO Box 7949,
                   Overland Park, KS 66207-0949
5076180          EDI: AIS.COM Sep 19 2018 22:53:00     Verizon,   by American InfoSource LP as agent,
                   PO Box 248838,   Oklahoma City, OK 73124-8838
5051923         +EDI: VERIZONCOMB.COM Sep 19 2018 22:53:00     Verizon Wireless,   PO Box 26055,
                   Minneapolis, MN 55426-0055
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:

              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Timothy B. Fisher, II    on behalf of Debtor 1 Robert Frank Allman donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Frank Allman,       Chapter    13

    **Debtor 1**

           Case No.    5:18–bk–01682–RNO

## Order

After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: September 19, 2018          By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

ordsmiss (05/18)